UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| AMERICAN NATIONAL UNIVERSITY, INC. ) ) **Plaintiff,** ) ) v. ) ) AMBASSADOR COLLEGE BOOKSTORES, ) INC. ) ) **Defendant.** ) | Civil Action No. 7:19-cv-00351-EKD |

## STIPULATION OF DISMISSAL

Plaintiff American National University Inc. and Defendant Ambassador College Bookstores, Inc., by counsel, submit this stipulation of dismissal of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties stipulate that this action should be dismissed *with prejudice*, with each to bear its own costs and attorney's fees.

Dated: October 22, 2019.

WE ASK FOR THIS:

*/s/ Scott A. Stephenson*
Paul G. Klockenbrink (VSB No. 33032)
Scott A. Stephenson (VSB No. 88020)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, Virginia 24011
Tel: (540) 983-9300
Fax: (540) 983-9400
Email: klockenbrink@gentrylocke.com
stephenson@gentrylocke.com

*Counsel for Plaintiff, American National University, Inc.*

*/s/ Paul C. Kuhnel*
Paul C. Kuhnel (VSB No. 28151)
LEWIS BRISBOIS
310 First Street, Suite 405
Roanoke, Virginia 24011
Tel: (540) 283-0130
Fax: (540) 283-0044
Email: paul.kuhnel@lewisbrisbois.com

*Counsel for Defendant, Ambassador College Bookstores, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Scott A. Stephenson*

2

14281/18/9061386v1
Case 7:19-cv-00351-EKD   Document 33   Filed 10/22/19   Page 2 of 2   Pageid#: 224